Emily B. Strong, Appellant, v. The New York and New Jersey Telephone Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker and Gaynor, JJ., concurred. Woodward and Miller, JJ., dissented.

Joseph Taw, Respondent, v. Michael Michelson, Appellant. — Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker and Gaynor, JJ., concurred.

William E. Uptegrove & Brother, Appellant, v. The Travelers' Insurance Company, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Catharine L. Valentine, Respondent, v. The City of New York, Appellant. — Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Eliza Van Alst, as Executrix, etc., of Peter G. Van Alst, Deceased, Respondent, v. The City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Count W. Weeks, Appellant, Impleaded with Susie S. Weeks, Plaintiff, v. Marx Wintjen, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker and Gaynor, JJ., concurred.

Simon Wickes, Appellant, v. High Ground Dairy Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Mary E. L. Wright, Respondent, v. New York City Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor and Miller, JJ.

Hildo C. Yeoman, Appellant, v. William McClenahan and Joseph F. McClenahan, an Infant over the Age of Fourteen, Respondents, Impleaded with William W. McClenahan and Others.— Judgment reversed on the law and facts and a new trial granted, costs to abide the event, upon the authority of *Henken* v. *Schwicker* (174 N. Y. 298). Hirschberg, P. J., Hooker, Gaynor, Rich and Miller JJ., concurred.

Hans Anderson, Respondent, v. New York Edison Company, Appellant.— Motion denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Thomas A. Hagan, Appellant, v. William McAdoo, Respondent.— Motion denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Charles G. Bond for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of William H. Edwards for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Axel Josephsson for Admission to the Bar. — Application granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Edwin W. Lawrence for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of H. E. J. MacDermott for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Walter P. Vining for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Beriba Levy, Appellant, v. William McAdoo, Respondent.— Motion denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Mary Hanney, Appellant, v. John Wren and Others, as Trustees of School District No. 5 of the Town of Ossining, Westchester County, Respondents.— Judgment of the County Court of Westchester county reversed and new trial ordered, costs to abide the event, on the ground that the County Court erred in dismissing the complaint on the ground that it did not state facts sufficient to constitute a cause of action. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.